No. 86–1572. KEMP, WARDEN *v.* BROOKS. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 86–1765. FAIRMAN, WARDEN *v.* ESPINOZA. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 86–1575. DEPARTMENT OF BANKING AND CONSUMER FINANCE OF THE STATE OF MISSISSIPPI *v.* CLARKE, COMPTROLLER OF THE CURRENCY OF THE UNITED STATES, ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 86–1599.    SANCHEZ *v.* ILLINOIS. Sup. Ct. Ill.;
No. 86–1754.    EVANS *v.* BAIR, WARDEN. Cir. Ct. Alexandria, Va.;
No. 86–6436.    DEHART *v.* PENNSYLVANIA. Sup. Ct. Pa.;
No. 86–6491.    JACKSON *v.* FLORIDA. Sup. Ct. Fla.;
No. 86–6654.    GUEST *v.* ILLINOIS. Sup. Ct. Ill.;
No. 86–6823.    JACKSON *v.* ALABAMA. Ct. Crim. App. Ala.;
No. 86–6944.    BANNISTER *v.* MISSOURI. Ct. App. Mo., Southern Dist.; and
No. 86–6984.    RITTER *v.* SMITH, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.